**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MERZ PHARMACEUTICALS, LLC and MERZ NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNORA PHARMA PRIVATE LTD. <br><br> Defendant. | C.A. No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Merz Pharmaceuticals, LLC and Merz North America, Inc. hereby state that:

1. Merz Pharmaceuticals, LLC is a privately held corporation and identifies Merz, Incorporated, Merz Pharmaceuticals GmBH, and Merz Pharma GmBH & Co. KGaA as its parent corporations, including grandparent and great-grandparent corporations;

2. Merz North America, Inc. is a privately held corporation and identifies Merz, Incorporated, Merz Pharmaceuticals GmBH, and Merz Pharma GmBH & Co. KGaA as its parent corporations, including grandparent and great-grandparent corporations; and

3. No publicly held company owns 10% or more of Merz Pharmaceuticals, LLC or Merz North America, Inc's stock.

| | |
|---|---|
| Dated: November 20, 2019 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| Arlene L. Chow | 405 N. King Street, 8th Floor |
| Jason A. Leonard | Wilmington, Delaware 19801 |
| Ernest Yakob | (302) 984-6300 |
| HOGAN LOVELLS US LLP | mkelly@mccarter.com |
| 390 Madison Avenue | dsilver@mccarter.com |
| New York, NY 10017 | ajoyce@mccarter.com |
| (212) 918-3000 | |
| arlene.chow@hoganlovells.com | *Attorneys for Plaintiffs* |
| jason.leonard@hoganlovells.com | |
| ernest.yakob@hoganlovells.com | |